No. 365. Seagraves *v.* Wallace et al.; and
. No. 366. Same *v.* Same. October 20, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Clyde A. Sweeton* for petitioner. *Messrs. John Neethe* and *S. J. Brooks* for respondents. Reported below: 41 F. (2d) 679.

No. 367. Bankers Reserve Life Co. *v.* United States. October 20, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. Charles Kerr* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Lisle A. Smith* for the United States.

No. 371. Wingert *v.* Hagerstown Bank et al.;
No. 372. Same *v.* Same;
No. 373. Same *v.* Same;
No. 374. Same *v.* Same;
No. 375. Hagerstown Silk Co. *v.* Same; and
No. 376. Antietam Knitting Co. *v.* Same. October 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Miller Wingert* for petitioners. No appearance for respondents. Reported below: 41 F. (2d) 660.

No. 377. Cvitkovich et al. *v.* United States. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Dore* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.